DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
ALMANZA JR., ALBERT

Case No. 04-09063-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $51.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| ALMANZA JR., ALBERT | 1841 GAP ROAD<br>GRANGER, WA<br>98932 | $51.00 |

Dated: September 23, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875092    10-1-10                           $51.00